**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Scott A. DuBrosky<br>Beverly S. DuBrosky aka Shondra E. Dubrosky<br><div align="center">Debtors</div> | CHAPTER 13<br><br>BKY. NO. 16-24099 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank, as Servicer for Lakeview Loan Servicing, LLC, and index same on the master mailing list.

Re: Loan # Ending In: 6144

                                            Respectfully submitted,

                                            **/s/ Matthew J. McClelland, Esquire**
                                            Matthew J. McClelland, Esquire
                                            mmcclelland@kmllawgroup.com
                                            Attorney I.D. No. 319482
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            Phone: 215-627-1322
                                            Fax: 215-627-7734
                                            Attorney for Movant/Applicant