**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/01/2021

IN RE:

SCOTT A. DUBROSKY
BEVERLY S. DUBROSKY
548 HIGHVIEW ROAD
PITTSBURGH, PA  15234
XXX-XX-2968          Debtor(s)

XXX-XX-8105

Case No. 16-24099 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com  

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/1/2021

/s/Trustee'sAdministrativAssistant  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com  

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc/Account |
|---|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %: 0.00% <br> Court Claim Number:6 <br> CLAIM:  211.78 <br> COMMENT:  NT/SCH | | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 2968 |
| **AMERICREDIT FINANCIAL SVCS DBA GM FINAN** <br> ATTN BANKRUPTCY NOTICING <br> PO BOX 183853 <br> ARLINGTON, TX  76096 | Trustee Claim Number:2   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  /PRAE | | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI** <br> PO BOX 183853 <br> ARLINGTON, TX  76096 | Trustee Claim Number:3   INT %: 6.00% <br> Court Claim Number:1 <br> CLAIM:  13,072.04 <br> COMMENT:  $CL-PL@6%MDF | | CRED DESC:  VEHICLE <br> ACCOUNT NO.: 4684 |
| **LAKEVIEW LOAN SERVICING LLC** <br> C/O M & T BANK <br> ATTN TRUSTEE PAYMENT CTR <br> PO BOX 1288 <br> BUFFALO, NY  14240-1288 | Trustee Claim Number:4   INT %: 0.00% <br> Court Claim Number:2-2 <br> CLAIM:  0.00 <br> COMMENT:  PMT/DECL*992/PL*BGN 12-16*AMD | | CRED DESC:  MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.: 6144 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)** <br> C/O CAVALRY PORTFOLIO SERVICES LLC* <br> PO BOX 27288 <br> TEMPE, AZ  85282 | Trustee Claim Number:5   INT %: 0.00% <br> Court Claim Number:5 <br> CLAIM:  444.48 <br> COMMENT:  HSBC BANK NV~CAPITAL ONE*CHG OFF 10/31/12 | | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 9503 |
| **CREDITECH** <br> POB 99* <br> BANGOR, PA  18013 | Trustee Claim Number:6   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  S HILLS RDLGY/SCH | | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 7920 |
| **FIRST NATIONAL COLLECTION++** <br> 610 WALTHAM WAY <br> SPARKS, NV  89434 | Trustee Claim Number:7   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 6564 |
| **PRA/PORTFOLIO RECOVERY ASSOC** <br> POB 41067 <br> NORFOLK, VA  23541-1067 | Trustee Claim Number:8   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  WFNB/SCH | | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 7883 |
| **STATE COLLECTION SERVICE INC** <br> 2509 S STOUGHTON RD <br> PO BOX 6250 <br> MADISON, WI  53701 | Trustee Claim Number:9   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT ADR~UPMC/SCH | | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 3177 |
| **TRANSWORLD SYSTEMS++** <br> 507 PRUDENTIAL RD <br> HORSHAM, PA  15090 | Trustee Claim Number:10  INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT ADR/SCH | | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 9262 |

| Creditor | Claim Info | Description |
|---|---|---|
| **TRANSWORLD SYSTEMS++**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA  15090 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9052 |
| **TRANSWORLD SYSTEMS++**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA  15090 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~UPMC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9053 |
| **TOTAL CARD INC O/B/O MONTEREY CTY BNK**<br>2700 S LORRAINE PL<br><br>SIOUX FALLS, SD  57106 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 2-2<br><br>CLAIM: 20,532.70<br>COMMENT: $CL-PL*THRU 11/16*AMD | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6144 |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>FRICK BUILDING 14TH FL<br>437 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: TWP OF BALDWIN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BALDWIN TOWNSHIP (SWG)**<br>C/O JORDAN TAX SVC -DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number: 16  INT %: 10.00%<br>Court Claim Number: 3<br><br>CLAIM: 526.86<br>COMMENT: $@10%/CL-PL*L/B 140-H-148*2012 THRU 11/16*WNTS 10% | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: H148 |
| **BALDWIN TOWNSHIP (TRASH)**<br>C/O JORDAN TAX SVC-DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15237 | Trustee Claim Number: 17  INT %: 10.00%<br>Court Claim Number: 4<br><br>CLAIM: 248.00<br>COMMENT: CL4GOVS*L/B 140-H-148*2015 THRU 11/16*WNTS 10%*W/18 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: H148 |
| **BALDWIN TOWNSHIP (TRASH)**<br>C/O JORDAN TAX SVC-DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15237 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 123.54<br>COMMENT: CL4GOVS*L/B 140-H-148*2015 THRU 11/16*NON%*W/17 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: H148 |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY  14240-1288 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 2-2<br><br>CLAIM: 425.00<br>COMMENT: NT/PL*NTC POSTPET FEE/EXP*REF CL*W/14*11/16 POC FEES | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 6144 |