Certificate Number: 16339-PAW-DE-035983791

Bankruptcy Case Number: 16-24099



16339-PAW-DE-035983791

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 11, 2021</u>, at <u>8:15</u> o'clock <u>PM EDT</u>, <u>Scott Dubrosky</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  September 11, 2021               By:  /s/Kelley Tipton

                                        Name:  Kelley Tipton

                                        Title:  Certified Financial Counselor