Certificate Number: 16339-PAW-DE-035983792

Bankruptcy Case Number: 16-24099



16339-PAW-DE-035983792

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 11, 2021, at 8:15 o'clock PM EDT, Beverly Dubrosky completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 11, 2021          By:     /s/Kelley Tipton

                                    Name:   Kelley Tipton

                                    Title:  Certified Financial Counselor