**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/4/21 11:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: <br>   SCOTT A. DUBROSKY <br> BEVERLY S. DUBROSKY <br>        Debtor(s) <br>   Ronda J. Winnecour, Trustee <br>     Movant <br>       vs. <br>   SCOTT A. DUBROSKY <br> BEVERLY S. DUBROSKY <br><br>       Respondents | Case No.16-24099GLT <br><br> Chapter 13 <br><br> Related to Docket No. 50 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 4th Day of November, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

> University Of Pittsburgh
> Attn: Payroll Manager
> 207P Craig Hall 200 S Craig St
> Pittsburgh, PA 15213

is hereby ordered to immediately terminate the attachment of the wages of SCOTT A. DUBROSKY, social security number XXX-XX-2968. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SCOTT A. DUBROSKY.

FURTHER ORDERED:

BY THE COURT:

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 16-24099-GLT
Scott A. DuBrosky                                                                         Chapter 13
Beverly S. DuBrosky
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dpas | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott A. DuBrosky, Beverly S. DuBrosky, 548 Highview Road, Pittsburgh, PA 15234-2414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2021                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed below:

**Name**                    **Email Address**

Brian Nicholas
    on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor Township of Baldwin jhunt@grblaw.com

Matthew John McClelland
    on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

Matthew M. Brennan
    on behalf of Debtor Scott A. DuBrosky attorneymatthewbrennan@gmail.com

Matthew M. Brennan
    on behalf of Joint Debtor Beverly S. DuBrosky attorneymatthewbrennan@gmail.com

Office of the United States Trustee

| District/off: 0315-2 | User: dpas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 8