IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-24099-GLT |
| Scott A. Dubrosky | : | Chapter 13 |
| Beverly S. Dubrosky (aka Shondra E. Dubrosky) | : | |
|     Debtors | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On September 12, 2021 Debtors, at docket number 47 for Debtor husband, and at docket number 48 for Debtor wife, complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel, who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: November 30, 2021

                                                    By:    /s/Matthew M. Brennan, Esq.
                                                              Matthew M. Brennan
                                                              201 S. Highland Avenue, Suite 201
                                                              Pittsburgh, PA 15206
                                                              PA ID No. 90195
                                                             412-414-9366
                                                             attorneymatthewbrennan@gmail.com