Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Scott A. DuBrosky** <br> **Beverly S. DuBrosky** <br> **aka Shondra E. Dubrosky** <br> *Debtor(s)* | : <br> : <br> : <br> : <br> : | Case No. 16−24099−GLT <br> Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** <br> *Movant(s),* | : <br> : | Related to Document No. 58 |
| v. <br> **No Respondents** <br> *Respondent(s).* | : <br> : <br> : <br> : | Hearing Date: 3/9/22 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

  *AND NOW,* this *The 27th of December, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 58 by the Chapter 13 Trustee,

  It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

  (1) **On or before February 10, 2022**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

  (2) This Motion is scheduled for hearing on *March 9, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

  (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

Case 16-24099-GLT    Doc 60    Filed 12/29/21    Entered 12/30/21 00:26:29    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24099-GLT |
| Scott A. DuBrosky | Chapter 13 |
| Beverly S. DuBrosky | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 2 |
| Date Rcvd: Dec 27, 2021 | Form ID: 604 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott A. DuBrosky, Beverly S. DuBrosky, 548 Highview Road, Pittsburgh, PA 15234-2414 |
| cr | + | Township of Baldwin, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 14316340 | + | Creditech/Cbalv, 50 N 7th St, Bangor, PA 18013-1791 |
| 14337338 | + | Township of Baldwin, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14316347 | + | Transworld Systems, Inc., 300 Cedar Ridge Dr., Suite 307, Pittsburgh, PA 15205-1159 |
| 14316346 | + | Transworld Systems, Inc., 5 Penn Center West, Pittsburgh, PA 15276-0120 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2021 02:40:00 | AmeriCredit Financial Services, Inc. d/b/a GM Fina, PO Box 183853, Arlington, TX 76096-3853 |
| 14322576 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2021 02:40:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 14320803 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2021 02:40:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14316338 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2021 02:40:00 | AmeriCredit/GM Financial, Po Box 183583, Arlington, TX 76096-3583 |
| 14316339 | + | Email/Text: bankruptcy@cavps.com | Dec 28 2021 02:41:00 | Calvary Portfolio Services, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2322 |
| 14367405 | + | Email/Text: bankruptcy@cavps.com | Dec 28 2021 02:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14376645 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 28 2021 02:41:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14316341 | + | Email/Text: bankruptcy@fncbinc.com | Dec 28 2021 02:40:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 14316342 | | Email/Text: camanagement@mtb.com | Dec 28 2021 02:40:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14327777 | | Email/Text: camanagement@mtb.com | Dec 28 2021 02:40:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14316343 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:53 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14316344 | | Email/Text: amieg@stcol.com | Dec 28 2021 02:40:00 | State Collection Service, Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 14316345 | + | Email/Text: bknotices@totalcardinc.com | Dec 28 2021 02:41:00 | Total Card, Inc., 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |

Case 16-24099-GLT    Doc 60    Filed 12/29/21    Entered 12/30/21 00:26:29    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: dbas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: 604 | Total Noticed: 19 |
| TOTAL: 13 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Lakeview Loan Servicing, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Baldwin jhunt@grblaw.com |
| Matthew John McClelland | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| Matthew M. Brennan | on behalf of Joint Debtor Beverly S. DuBrosky attorneymatthewbrennan@gmail.com |
| Matthew M. Brennan | on behalf of Debtor Scott A. DuBrosky attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8