**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SCOTT A. DUBROSKY<br>BEVERLY S. DUBROSKY<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:16-24099<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/03/2016 and confirmed on 12/12/16. The case was subsequently      Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 109,558.22 |
| Less Refunds to Debtor | | 5,539.43 | |
| TOTAL AMOUNT OF PLAN FUND | | | 104,018.79 |
| Administrative Fees | | | |
|   Filing Fee | | 0.00 | |
|   Notice Fee | | 0.00 | |
|   Attorney Fee | | 3,500.00 | |
|   Trustee Fee | | 5,031.13 | |
|   Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 8,531.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 58,479.97 | 0.00 | 58,479.97 |
|     Acct: 6144 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 20,532.70 | 20,532.70 | 0.00 | 20,532.70 |
|     Acct: 6144 | | | | |
|   BALDWIN TOWNSHIP (SWG) | 526.86 | 526.86 | 158.56 | 685.42 |
|     Acct: H148 | | | | |
|   BALDWIN TOWNSHIP (TRASH) | 248.00 | 248.00 | 75.61 | 323.61 |
|     Acct: H148 | | | | |
|   BALDWIN TOWNSHIP (TRASH) | 123.54 | 123.54 | 0.00 | 123.54 |
|     Acct: H148 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 13,072.04 | 13,072.04 | 1,189.12 | 14,261.16 |
|     Acct: 4684 | | | | |
| | | | | 94,406.40 |
| **Priority** | | | | |
|   MATTHEW M BRENNAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT A. DUBROSKY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT A. DUBROSKY | 1,726.16 | 1,726.16 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SCOTT A. DUBROSKY | 3,813.27 | 3,813.27 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW M BRENNAN ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 425.00 | 425.00 | 0.00 | 425.00 |
|     Acct: 6144 | | | | |
| | | | | 425.00 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY* | 211.78 | 211.78 | 0.00 | 211.78 |
|     Acct: 2968 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 444.48 | 444.48 | 0.00 | 444.48 |
|     Acct: 9503 | | | | |
|   CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |

16-24099 Page 2 of 2

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 7920 | | | | |
| FIRST NATIONAL COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6564 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7883 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3177 | | | | |
| TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9262 | | | | |
| TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9052 | | | | |
| TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9053 | | | | |
| AMERICREDIT FINANCIAL SVCS DBA GM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TOTAL CARD INC O/B/O MONTEREY CTY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 656.26 |

TOTAL PAID TO CREDITORS                                95,487.66

TOTAL CLAIMED
PRIORITY              425.00
SECURED            34,503.14
UNSECURED             656.26

Date: 12/23/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    SCOTT A. DUBROSKY
    BEVERLY S. DUBROSKY
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-24099

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                            BY THE COURT:

                                                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24099-GLT |
| Scott A. DuBrosky | Chapter 13 |
| Beverly S. DuBrosky | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 2 |
| Date Rcvd: Dec 27, 2021 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott A. DuBrosky, Beverly S. DuBrosky, 548 Highview Road, Pittsburgh, PA 15234-2414 |
| cr | + | Township of Baldwin, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 14316340 | + | Creditech/Cbalv, 50 N 7th St, Bangor, PA 18013-1791 |
| 14337338 | + | Township of Baldwin, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14316347 | + | Transworld Systems, Inc., 300 Cedar Ridge Dr., Suite 307, Pittsburgh, PA 15205-1159 |
| 14316346 | + | Transworld Systems, Inc., 5 Penn Center West, Pittsburgh, PA 15276-0120 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2021 02:40:00 | AmeriCredit Financial Services, Inc. d/b/a GM Fina, PO Box 183853, Arlington, TX 76096-3853 |
| 14322576 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2021 02:40:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 14320803 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2021 02:40:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14316338 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 28 2021 02:40:00 | AmeriCredit/GM Financial, Po Box 183583, Arlington, TX 76096-3583 |
| 14316339 | + | Email/Text: bankruptcy@cavps.com | Dec 28 2021 02:41:00 | Calvary Portfolio Services, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2322 |
| 14367405 | + | Email/Text: bankruptcy@cavps.com | Dec 28 2021 02:41:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14376645 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 28 2021 02:41:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14316341 | + | Email/Text: bankruptcy@fncbinc.com | Dec 28 2021 02:40:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 14316342 | | Email/Text: camanagement@mtb.com | Dec 28 2021 02:40:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14327777 | | Email/Text: camanagement@mtb.com | Dec 28 2021 02:40:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14316343 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:34 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14316344 | | Email/Text: amieg@stcol.com | Dec 28 2021 02:40:00 | State Collection Service, Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 14316345 | + | Email/Text: bknotices@totalcardinc.com | Dec 28 2021 02:41:00 | Total Card, Inc., 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Lakeview Loan Servicing, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Baldwin jhunt@grblaw.com |
| Matthew John McClelland | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| Matthew M. Brennan | on behalf of Joint Debtor Beverly S. DuBrosky attorneymatthewbrennan@gmail.com |
| Matthew M. Brennan | on behalf of Debtor Scott A. DuBrosky attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8