**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Scott A. DuBrosky | Social Security number or ITIN  xxx–xx–2968 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Beverly S. DuBrosky | Social Security number or ITIN  xxx–xx–8105 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:  16–24099–GLT

# Order of Discharge                                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scott A. DuBrosky                                              Beverly S. DuBrosky
                                                               aka Shondra E. Dubrosky

2/11/22                                                        **By the court:** Gregory L. Taddonio
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Scott A. DuBrosky  
Beverly S. DuBrosky  
    Debtors

Case No. 16-24099-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 11, 2022      Form ID: 3180W      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott A. DuBrosky, Beverly S. DuBrosky, 548 Highview Road, Pittsburgh, PA 15234-2414 |
| cr | + | Township of Baldwin, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 14316340 | + | Creditech/Cbalv, 50 N 7th St, Bangor, PA 18013-1791 |
| 14337338 | + | Township of Baldwin, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14316347 | + | Transworld Systems, Inc., 300 Cedar Ridge Dr., Suite 307, Pittsburgh, PA 15205-1159 |
| 14316346 | + | Transworld Systems, Inc., 5 Penn Center West, Pittsburgh, PA 15276-0120 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 12 2022 04:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2022 23:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 12 2022 04:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2022 23:09:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Feb 12 2022 04:03:00 | AmeriCredit Financial Services, Inc. d/b/a GM Fina, PO Box 183853, Arlington, TX 76096-3853 |
| 14322576 | | EDI: PHINAMERI.COM | Feb 12 2022 04:03:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 14320803 | + | EDI: PHINAMERI.COM | Feb 12 2022 04:03:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14316338 | + | EDI: PHINAMERI.COM | Feb 12 2022 04:03:00 | AmeriCredit/GM Financial, Po Box 183583, Arlington, TX 76096-3583 |
| 14316339 | + | Email/Text: bankruptcy@cavps.com | Feb 11 2022 23:09:00 | Calvary Portfolio Services, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2322 |
| 14367405 | + | Email/Text: bankruptcy@cavps.com | Feb 11 2022 23:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14376645 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 11 2022 23:09:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite |

Case 16-24099-GLT    Doc 64    Filed 02/13/22    Entered 02/14/22 00:23:56    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: 3180W | Total Noticed: 21 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14316341 | + | Email/Text: bankruptcy@fncbinc.com | Feb 11 2022 23:08:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 14316342 | | Email/Text: camanagement@mtb.com | Feb 11 2022 23:09:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14327777 | | Email/Text: camanagement@mtb.com | Feb 11 2022 23:09:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14316343 | | EDI: PRA.COM | Feb 12 2022 04:03:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14316344 | | Email/Text: amieg@stcol.com | Feb 11 2022 23:08:00 | State Collection Service, Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 14316345 | + | EDI: TCISOLUTIONS.COM | Feb 12 2022 04:03:00 | Total Card, Inc., 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Lakeview Loan Servicing, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2022        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Baldwin jhunt@grblaw.com |
| Matthew John McClelland | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| Matthew M. Brennan | on behalf of Joint Debtor Beverly S. DuBrosky attorneymatthewbrennan@gmail.com |
| Matthew M. Brennan | on behalf of Debtor Scott A. DuBrosky attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: 3180W | Total Noticed: 21 |

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8