**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    SCOTT A. DUBROSKY
    BEVERLY S. DUBROSKY
        Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:16-24099

Chapter 13

Related to Docket No. 58

FILED
2/11/22 10:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this 11th Day of February, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
    drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Scott A. DuBrosky  
Beverly S. DuBrosky  
    Debtors

Case No. 16-24099-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Feb 11, 2022      Form ID: pdf900      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott A. DuBrosky, Beverly S. DuBrosky, 548 Highview Road, Pittsburgh, PA 15234-2414 |
| cr | + | Township of Baldwin, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 14316340 | + | Creditech/Cbalv, 50 N 7th St, Bangor, PA 18013-1791 |
| 14337338 | + | Township of Baldwin, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14316347 | + | Transworld Systems, Inc., 300 Cedar Ridge Dr., Suite 307, Pittsburgh, PA 15205-1159 |
| 14316346 | + | Transworld Systems, Inc., 5 Penn Center West, Pittsburgh, PA 15276-0120 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 11 2022 23:09:00 | AmeriCredit Financial Services, Inc. d/b/a GM Fina, PO Box 183853, Arlington, TX 76096-3853 |
| 14322576 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 11 2022 23:09:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 14320803 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 11 2022 23:09:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14316338 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 11 2022 23:09:00 | AmeriCredit/GM Financial, Po Box 183583, Arlington, TX 76096-3583 |
| 14316339 | + | Email/Text: bankruptcy@cavps.com | Feb 11 2022 23:09:00 | Calvary Portfolio Services, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595-2322 |
| 14367405 | + | Email/Text: bankruptcy@cavps.com | Feb 11 2022 23:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14376645 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 11 2022 23:09:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14316341 | + | Email/Text: bankruptcy@fncbinc.com | Feb 11 2022 23:08:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 14316342 | | Email/Text: camanagement@mtb.com | Feb 11 2022 23:09:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14327777 | | Email/Text: camanagement@mtb.com | Feb 11 2022 23:09:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14316343 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 11 2022 23:18:43 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14316344 | | Email/Text: amieg@stcol.com | Feb 11 2022 23:08:00 | State Collection Service, Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 14316345 | + | Email/Text: bknotices@totalcardinc.com | Feb 11 2022 23:09:00 | Total Card, Inc., 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |

Case 16-24099-GLT   Doc 65   Filed 02/13/22   Entered 02/14/22 00:23:56   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 11, 2022 | Form ID: pdf900 | Total Noticed: 19 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Lakeview Loan Servicing, LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2022 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Township of Baldwin jhunt@grblaw.com

Matthew John McClelland
on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com

Matthew M. Brennan
on behalf of Joint Debtor Beverly S. DuBrosky attorneymatthewbrennan@gmail.com

Matthew M. Brennan
on behalf of Debtor Scott A. DuBrosky attorneymatthewbrennan@gmail.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8